ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA

            :   INDICTMENT

    - v. -                  20 Cr. 31 (    )

            :

EDUARDO TALENTINO,

            :

        Defendant.
- - - - - - - - - - - - - - - -x

COUNT ONE

(Transportation of Minor)

The Grand Jury charges:

1. From on or about June 22, 2018, up through and including on or about June 25, 2018, in the Southern District of New York and elsewhere, EDUARDO TALENTINO, the defendant, knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, the defendant transported a 16-year-old minor in his care, custody and control ("Victim-1") from Monroe, New York to Wheeling, West Virginia and, once in West Virginia, engaged, and attempted to engage, in illegal sexual activity with Victim-1 in violation of W.Va Code § 61-8D-5.

(Title 18, United States Code, Section 2423(a).)

COUNT TWO

(Felon in Possession)

The Grand Jury further charges:

2. From in or about August 2018, up to and including in or about February 2019, in the Southern District of New York, EDUARDO TALENTINO, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting commerce, to wit: a Colt Pocket Positive .32 caliber revolver; and the firearm was previously shipped and transported in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____          _____
FOREPERSON                                GEOFFREY S. BERMAN
                                          United States Attorney

*United States District Court*

SOUTHERN DISTRICT OF NEW YORK

## THE UNITED STATES OF AMERICA

vs.

## EDUARDO TALENTINO,

Defendant.

# INDICTMENT

20 Cr.

(In Violation of Title 18, United States Code, Section 2423(a))
(In Violation of Title 18, United States Code, Section 922(g)(1))

**GEOFFREY S. BERMAN**

United States Attorney.

## A TRUE BILL

Foreperson.