UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

EDUARDO TALENTINO,

                       Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-31-(VB)( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/20

Defendant ___EDUARDO TALENTINO___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer


/s/ Eduardo Talentino
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_EDUARDO TALENTINO_
Print Defendant's Name

[signature]
Defendant's/Counsel's Signature

_JASON SER_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/3/20
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~