UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_USA_,
                    Plaintiff(s),

v.

_Eduardo Talentino_
                    Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

20 CR 31 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~ re-scheduled for:

___ Status conference                ___ Final pretrial conference

✓ Telephone conference               ___ Jury selection and trial

___ Pre-motion conference            ___ Bench trial

___ Settlement conference            ___ Suppression hearing

___ Oral argument                    ___ Plea hearing

___ Bench ruling on motion           ___ Sentencing

on _12/14/_, 20_20_, at _1:00 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _12/14/20 9AM_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _12/3_, 20_20_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge