UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

EDUARDO TALENTINO,
         Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 31 (VB)

The status conference in this matter scheduled for December 14, 2020, at 9:00 a.m. has been adjourned to January 8, 2021, at 11:00 a.m. Because of the current public health emergency, the Court will conduct the conference by telephone, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By January 4, 2021, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662
    **Access Code:**    1703567

Dated: December 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge