UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,  :
: **ORDER**
v. :
: S1 20 CR 31 (VB)
EDUARDO TALENTINO, :
                        Defendant. :
--------------------------------------------------------x

      In a footnote on page 2 of its 13-page single-spaced sentencing memorandum (Doc. #52), defendant objects to certain information in the presentence report ("PSR"), although the PSR itself says that the Probation Department did not receive any objections from defendant.

      In a footnote on page 12 of its own 13-page single-spaced sentencing memorandum (Doc. #53), the government says it will make Victim-1 available to testify with respect to the disputed portions of the PSR. In an email sent today to the Court's courtroom deputy, the government says there may be a need for an evidentiary hearing on these matters (i.e., a Fatico hearing) and asks whether the Court intends to conduct the hearing (if the Court thinks a hearing is necessary) at the time of sentencing on September 22, 2021.

      The Court finds the casual and "under-the radar" way in which the parties raised the prospect of a Fatico hearing perplexing. In any event, the Court has not yet decided whether a hearing is necessary. The parties shall be prepared to proceed with a hearing on the date of sentencing. Sentencing will not be adjourned.

Dated: September 17, 2021
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge