UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

EDUARDO TALENTINO,
                    Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 31 (VB)

    In its memorandum in opposition to defendant's motion for a reduction of sentence, the government refers to defendant's 2022 and 2023 BOP medical and psychological records, and offers to provide them to the Court at the Court's request.

    By April 6, 2023, the government is directed to provide the 2022 and 2023 medical and psychological records to the Court (which the Court will file under seal), provide a copy of same to defendant, and file proof of service of same on the ECF docket.

    Defendant's reply, if any, remains due by April 28, 2023.

    Chambers will mail a copy of this Order to defendant at the following address:

Eduardo Talentino, Reg. No. 87052-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ  08640

Dated: April 5, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge