Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

EDUARDO TALENTINO,
                Defendant.
-----------------------------------------------------------x

**ORDER**

20 CR 31 (VB)

By motion dated November 19, 2024, defendant Eduardo Talentino seeks a reduction of his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. #76).

The government is directed to file a response to the motion by December 17, 2024.

If defendant wishes to file a reply to the government's submission, he shall do so by January 7, 2025.

Chambers will mail a copy of this Order to defendant at the following address:

Eduardo Talentino, Reg. No. 87052-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ  08640

Dated: November 26, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge